# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3951

_____

Stanley Paul Smith,                                    *
                                                       *
                    Appellant,                         *
                                                       *
        v.                                             *    Appeal from the United States
                                                       *    District Court for the Western
Dora Schriro; CMS, Inc.; Vincent                       *    District of Missouri.
Morgan; John Matthews; David                           *
Scheer; Steven Moore; Linda Taylor;                    *        [UNPUBLISHED]
Donald Webb; Michael Kemna;                            *
Michaell Cornell; Sgt. Robert Moore,                   *
                                                       *
                    Appellees.                         *

_____

Submitted:  May 7, 2001

Filed:  May 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
        Circuit Judges.

_____

PER CURIAM.

        Former Missouri prisoner Stanley Paul Smith appeals from the district court's
dismissal of Smith's 42 U.S.C. § 1983 complaint.  Having reviewed the record and the
parties' briefs, we reject Smith's contention that exhaustion of administrative remedies
is not required.  See United States v. Dico, Inc., 136 F.3d 572, 575 (8th Cir. 1998) (de

novo review of dismissal for failure to exhaust administrative remedies).  We thus agree with the district court that Smith failed to exhaust available administrative remedies under 42 U.S.C. § 1997e and affirm for the reasons stated in the district court order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.